389 A.2d 692

Commonwealth v. Gallagher, Appellant.

Argued March 15, 1978.  Kenneth E. Hankins, Jr., with him Blake E. Martin, for appellant;  Gary Deane Wilt, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., and HOFFMAN, J., dissented.

389 A.2d 692

Commonwealth v. Hollerbush, Appellant.

Argued March 14, 1978.  Nelson M. Galloway, for appellant;  Richard H. Horn, First Assistant District Attorney, and John C. Uhler, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.